UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.A., a minor, by her parent and natural guardian
JOSEPH ABDALLAH,

Plaintiff,

-v-

CITY OF NEW YORK; NYPD Detective Adrian
Johnson (Shield No. 2413); NYPD Detective
Angel Cedeno (Shield No. 1938); and NYPD
Officers John and/or Jane Does # 1, 2, 3, etc.,

Defendants.

---

**AMENDED INFANT
COMPROMISE ORDER**

**25-CV-00982-ER**

The parties having agreed to the settlement of the infant R,A.'s cause of action for the sum of One Hundred Twenty Thousand Dollars and 00/100 ($120,000.00) and it appearing that the best interests of the infant will be served by said settlement, and that the infant was born on the 4th day of March 2009;

**NOW**,  on motion of Luna Droubi, Esq., attorney for plaintiffs, it is hereby

**ORDERED,** that Joseph Abdallah, father and natural guardian of the infant petitioner, be and hereby is authorized as empowered to settle and compromise the action herein in favor of the infant plaintiff, R.A, against all defendants, for the sum of One Hundred Twenty Thousand Dollars and 00/100 ($120,000.00) and to execute and deliver a general release to effect such compromise, conditional upon the payment of said sum, and to sign all papers necessary in that connection, and it is further

**ORDERED,** that out of the said sum the defendant is authorized and directed to pay to Beldock Levine & Hoffman, attorneys for the infant plaintiff, the sum of Forty Thousand Dollars and 00/100 ($40,000.00) in full payment for legal fees, and it is further

**ORDERED,** out of the said sum the defendant is authorized and directed to pay to Beldock Levine & Hoffman, attorneys for the infant plaintiff, the sum of Nine Hundred Sixty Five and 24/100 ($965.24) to be distributed for disbursements incurred in the prosecution of this claim; and it is further

**ORDERED,** that the balance of the settlement, to wit: the sum of Seventy Nine Thousand and Forty Three Dollars and 76/100 ($79,034.76) be paid by the defendant to Joseph Abdallah, as father and natural guardian of the infant, R.A., jointly with an officer of the Chase Bank branch located at 666 Forest Avenue, Staten Island, New York 10310, to be deposited in said bank account in the guardian's name in trust for the said infant in an account upon the following conditions: (a) said account shall be fully insured at all times, (b) said amount shall be deposited in an account having the highest yield irrespective of whether it be a savings account, Certificate of Deposit, or other form of time deposit, the date of maturity of said deposit shall not extend beyond the date when said infant attains the age of eighteen (18) years, and upon maturity of said deposits, said funds shall continue to draw interest at the highest available yield, and (d) no withdrawal from said account shall be permitted until the infant plaintiff reaches the age of eighteen (18) years, except upon further order of this Court; and it is further

**ORDERED,** that the said bank shall, upon said infant's demand therefore, and without further order of this Court, pay over to said infant when she reaches the age of eighteen (18) years, all monies held upon presentation of proper proof; and it is further

**ORDERED,** that all claims and cross-claims are resolved by this settlement.

**IT IS FURTHER ORDERED AND ADJUDGED,** that upon presentation of completed forms for future estimated Federal and State income taxes, together with

its

2

passbook, the depository will issue drafts payable to the Internal Revenue Service and the New York State Tax Commission in payment of such taxes for the infant only.

SO ORDERED:

Edgardo Ramos, U.S.D.J.
Dated: January 20, 2026
New York, New York